IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

BILLY BLUNT,
and others similarly situated,

    Plaintiffs,

v.

DIALPAD, INC.,

    Defendant.

C.A. No.: 1:22-cv-1389-DAE
**COLLECTIVE ACTION**

## ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

On this day, came on to be heard the Joint Stipulation for Dismissal with Prejudice filed by the Parties.

IT IS ORDERED, that all claims asserted or that could have been asserted by Plaintiffs, BILLY BLUNT, and JACOB NATHANIEL RICE, against Defendant, DAILPAD, INC., in this action are hereby dismissed, **with prejudice**, each Party bearing their own attorney's fees and costs. *Clerk's Office should CLOSE the case.*

SIGNED this 16th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE